# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Lockheed Martin Corporation ) ASBCA No. 58757
)
Under Contract No. W912DY-10-D-0042 )

APPEARANCES FOR THE APPELLANT: Marcia G. Madsen, Esq.
Cameron S. Hamrick, Esq.
  Mayer Brown LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Steven W. Feldman, Esq.
  Engineer Trial Attorney
  U.S. Army Corps of Engineers,
  Huntsville Center

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 2 January 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58757, Appeal of Lockheed Martin Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals